UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13-70488 - CRM |
| ALCOVIA A. JOHNSON,<br>Debtor(s), | CHAPTER 13 |
| | JUDGE MULLINS |
| ALCOVIA A. JOHNSON,<br>Movant(s), | |
| v. | |
| BARRINGTON ESTATES COMMUNITY ASSN., INC.,<br>Respondent(s). | |

## ORDER

Pursuant to 11 U.S.C. § 522, the Debtor has filed a motion to avoid lien in the above-styled case. The Court has notified counsel for the Debtor of the motion's deficiencies. To date, there has been a failure to comply with the Court's directions. Accordingly, it is hereby

**ORDERED** that the motion is DENIED without prejudice to the Debtor's right to file another motion to avoid lien with respect to this obligation.

The Clerk's Office is hereby **directed** to serve a copy of this Order on the Debtor(s), attorney for the Debtor(s), attorney for the Respondent(s) and the Trustee.

IT IS SO ORDERED, this 2 day of January, 2014. crm

C. RAY MULLINS
UNITED STATES BANKRUPTCY CHIEF JUDGE